Jonlynn Montgomery
Name and Prisoner Booking Number

Sac, county Jail
Place of Confinement

651 "I" Street
Mailing Address

Sac, Ca, 95814
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

[ **FILED** ]

JUL 08 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Connected Cases: 2:21-CV-01826-DMC-KJM
(Probate Case#34 2024-00298744) 2:24-CV-01348-EFB
Social Security Admin.
1-other Pending Mailed for filing 6/26/2026

Jonlynn Montgomery,
(Full Name of Plaintiff)    Plaintiff,

v. Retired
"Attorney Douglas McDonald Family Law Atty.
(1) Sacramento cty. Sheriffs Dept.
(Full Name of Defendant)
(2) Sacramento cty. Police Dept.
(3) City Of Sacramento
(4) People Of The State Of Ca.
Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:26CV2392 EFB(PC)
(To be supplied by the Clerk)

"Jury Trial Demanded"
**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☒ Other: Jury trial demanded .

2.  Institution/city where violation occurred: Sacramento County Jail .

Jonlynn Montgomery
6/30/2026

1-A

(H) Continued list of defendants page #"1A" (H)

Golden 1 Credit Union, Branch Off affiliates, safety deposit box, Safes Credit Union, and safety deposit box, all accounts, City Bank and safety deposit box, all accounts, River City Bank, safety deposit box, all accounts North Star Credit Union, safety deposit box, all accounts First Northern Credit Union, safety deposit box, all accounts Washington Bank, Washington State Bank, safety deposit box all accounts, B.N.Y. Mellon Bank, safety deposit box, all accounts, Washington Mutual Bank, safety deposit box, all accounts, F.M. Bank, safety deposit box, all accounts, Eldorado Savings Bank, safety deposit box, all accounts, Capitol One Bank, safety deposit box, all accounts, Bank Of England U.K., safety deposit box, all accounts, Fidelity, Charles Swab, Vanguard, Prudential, Robinhood, Acorn, Black Rock, Black Stone investments Scottsdale Gold Coin, J.M. Bullion, Ampex, Coin Base, (H) Note (H) There are many more banks, this is just to name a few, and the ones I've filed multiple complaints on. All listed banks I am the listed 2nd account holder and beneficiary.

Page 1 of A

## B. DEFENDANTS

1. Name of first Defendant: _CA Superior Court Rules_ The first Defendant is employed as:
   _Policy and proceedures_ at _Family law probate rules_.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _Sac cty. parks and rec._ The second Defendant is employed as:
   _Sac county property managers_ at _6000 Stocton Blvd._.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _Golden 1 Credit Union_. The third Defendant is employed as:
   _Banking personnel Stocton Blvd._ at _National Credit Union administration agency_.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _Sac Housing and Redeveloping_ The fourth Defendant is employed as:
   _County personel for placing Homes/Apt. in_ at _Sacramento County I" street locations and_
   _Peoples names_  (Position and Title)  _12th or 13th street location_ (Institution)
   _as rentals_

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes      ☐ No

2. If yes, how many lawsuits have you filed? _4_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Montgomery_ v. _People of The State of California_
      2. Court and case number: _2:21-CV-01826-DMC-KJM_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

   b. Second prior lawsuit:
      1. Parties: _Montgomery_ v. _State of California_
      2. Court and case number: _2:24-CV-01348-EFB_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

   c. Third prior lawsuit:
      1. Parties: _Montgomery_ v. _Social Security Admin_
      2. Court and case number: _2:22-CV-?_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _The 14th, 8th Amendment and veterans code, business and proffessional code (E.R.I.S.A.) Employee Retirement Income Security Administration._

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   - ☑ Basic necessities
   - ☑ Mail
   - ☑ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☑ Property
   - ☑ Exercise of religion
   - ☑ Retaliation
   - ☑ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This United States Civil rights lawsuit pertains to multiple violations of my federal constitutional rights of the 14th and 8th amendment as well as violations of military and veterans code (E.R.I.S.A) in regard to employee retirement income, business and proffessional code and abundance of civil code procedures also Sac County Jail policy and procedures. This is an immediate health, safety, and welfare issue. I am a political prisoner, illegally and unlawfully targeted and held by the State of California, classified as Government gang stalking. Due to my Father Robert Montgomery D.O.B: 02/21/1949, United States decorated military veteran branch of the Navy who passed away on 8/20/2020. My Father left me his sole beneficiary, executor, and personal representative of his probate estate in the Superior court of California, William R. Ridgeway Justice Center. Case #34-2021-00298744 in the matter of Montgomery. My Father paid retired attorney Douglas McDonald to file his will, and a...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Pain and suffering, punitive damages and emotional distress. Busted laceration over right eye, black eye, abrasion on left side of the face thats swolen, migraine headaches, swolen ankle and toes, Cdif stomach virus that spread to another infection of the groin and half a tooth missing.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I've exhausted all administrative remedies within the state of California and jail grievance process, excessive force jail claim documented with administration. Pictures taken on file with the jail.

3

disalusion of seperation from my Father and my Mother lawfully ending their marriage so that my Father's assets successfully, legally transfers to me as the sole beneficiary. The attorney Douglas Mc Donald immediately had issues with family law probate officials due to him representing me, and my Father's networth being unlimited. So he successfully filed the will and disalusion of seperation then he illegally and unlawfully abandoned me on the case and then retired. This can be confirmed with the California State bar association, attorney client contract. So I am hereby sueing him for breach of contract and for the return of the money he was paid. It is my belief he was paid $26,000 dollars, however I am not 100% accurate on the amount. Also I am sueing him for pain and suffering, punitive damages and emotional distress. Further it is my belief that he illegally and unlawfully fabricated documents and illegally moved into one of my Father's properties so I am also sueing for the return of my home and back rental fees in the amount of $2,000 a month X's 66 months, for a total of $132,000. My Father was very wealthy and a connected man having high status in Government, I own an extensive amount of realestate, homes, land, apartment

Page 4 of

complexes, and an abundance of commercial businesses and numerous patents / inventions. I own a lot of real estate in the State of California, multiple other states, as well as other countries. My Father left me a revocable real estate trust which was filed with his will and the disalusion of seperation, with Sacramento county family law probate court. I have numerous bank and credit union accounts to which some I created and own. Please refer to attachment I-A of the list of some of the banks and credit unions that I have accounts with, as well as safety deposit boxes with every bank and credit union branch. Contents of the safety deposit boxes are precious metals, gold, silver, antique stock certificuts, copies of my Father's will, deeds to homes, land, pink slips to vehicles, antique Rolex watches and other antique watches, as well as antique collectible cards and coins. The above aforementioned list of financial banking institutions are all connected together with a networth being (UNLIMITED). Due to my monetary assets and wealth I am a major target to the Government and the State of California. My life is in extreme danger, I am a political prisoner and a victim of California Government gang stalking. This is a major plot and scheme conducted by Sacramento county Police, Sherrifs, Probation, Parole and multiple other

county and state agencies. To which they all are on one accord with the illegal, unlawful, fraud that continues to be done in my name. I do not have 4 years of freedom since 1999. There should be no litigation in this case. There's extreme fact finding evidence in all Sacramento county Government agencies system of records. Specific- ally the main cause of this ongoing issue is William R. Ridgeway Justice Center Family Law Probate is in violation of the 1957 Discovery Act which pertains to having access to court case related documents. They are also in violation of California rules of Superior court. Business and proffessional code, A.D.A. Americas Disability Act E.R.I.S.A. Employee Retirement Income Act. I origanally filed Ca. DE-111, pertition for probate to administer my Father's estate on 4/14/2021. Every court appearance until now, the case is currently pending. The judge Dillion as well as other commissioners of the court have violated my due process rights, my constitutional rights of the 14th and 8th amendment, which clearly states no person of the United States shall be deprived of life, liberty, or property without due process of law. Also no person of the United States shall be denied equal protection of the law. Futher U.S. constitution of the 8th amendment states that this is cruel and unusual punishment.

Page 6 of____

The continued violation of the family law probate court is they will not and have not on any court appearance complied with California law and produced, and or acknowledged my Father's will, the revocable trust details, the list of estate assets as well as the legal lawful disalusion of seperation, divorce decree. Which California law states that this process has to be done. In compliance with policy and proceedures. Futher I have filed multiple civil rights lawsuits in the U.S.D.C. Eastern district of California as well as pending civil lawsuits with U.S. Supreme court Washington D.C. This has caused me major issues, property damage, financial abuse and lose, pain and suffering, punitive damages and emotional distress. And mainly many years of my life and freedom being taken away from me as the fact finding evidence cleary proves the plot and intent of California targeting me as a victom of this California government gang stalking case. This is the biggest monetary civil rights lawsuit in the history of the United States. In the original fileing of this case, I am hereby connecting other previously filed suits pertaining to this case. The case numbers are: 2:21-cv-018 26-DMC-KJM, 2:24-cv-01348-EFB, and probate case #34-2021-00298744, Montgomery vs. the State of California.

Page 7 of

Due to the continuous ongoing federal civil rights violations of the U.S. constitution of the 14th amendment, and 8th amendment, military veterans code, A.D.A. as my Father is a senior/elder, business and proffessional code, (E.R.I.S.A.) Employee Retirement Income Security Act which pertains to federal senior, elders, and the successful passing of retirement benefits and all other assets to their beneficiaries. Further the main violation of the Supirior Court of California Family Law Probate Court. Judges, and other commissioners of the court, is the total disrespect and unlawful violation of my due process rights secured by the U.S. constitution, which is federal 1957 discovery act. Specifically on all court appearances they have not acknowledged my Father's will, revockable trust details, and estate assets, as well as the disalusion of seperation, divorce decree. So I am hereby moving for an order of the higher court to make the lower probate court produce case related documents of the will, revockable trust details, and acknowledge the divorce decree. My life as a political prisoner of the State of California has been Hell it is as if Sac P.D. continue to go back and forth with me. All of my unlawful and illegal arrest have been in the same area where I grew up my whole life. Between Broadway and Florin, Franklin, to 65th one year I am arrested and targeted by Sac sheriffs and the

Page 8 of___

next year I am unlawfully arrested by Sac P.D. Either by a confidential informant such as Joleen Reutlinger, Ronald Rose, or my mother Kathryn Nunley as they are "MEMBERS" of Sac P.D. and sheriffs. To which they recieve in connection with all Sac county Government agencies and public business officials full immunity, for full compliance with unlawful law enforcement conduct such as fraud and unlawful hostile takeover of my businesses, land, homes, apartment complexes and vehicles as well, Bank accounts, too. This can be proven in Sac county Government angencies system of records. To which I recieve multiple Government benefits enherited from my Father with multiple agencies, which all these benefits are currently illegally, fraudulently and unlawfully being paid out to "MEMBERS" of that agency as well as local members of the public, P.D. and sherrifs, via 3rd party processing So that they can cover the unlawful conduct being commited.

This fact finding evidence of the listed paid out benefits can be found with Social Security, E.D.D., D.H.A. Department Of Human Resistance, Joleen is using my info in connection with my homes with (S.H.R.A) Sacramento Housing And Redeveloping Agency, Sac county Parks and Recreation. Department of Labor benefits

Page 9 of __

illegal child support orders, marriages, restraining orders, as well as another child support order, claims submitted by the claims processor of Sac county family law section. I also have a previous civil rights lawsuit filed against Joleen Reutlinger confidential informant of law enforcement. That was filed in 2024, please refer to this for details and a supporting digital fingerprint in support of this case. As well as a current civil rights lawsuit filed against her this year June 2026 in U.S.D.C. Eastern district, currently waiting on the fileing of a case number. Also to include with unlawful police and sheriffs financial abuse of my monetary bank accounts. I was wondering why everytime I am arrested unlawfully, Sac county Jail officials would say phase 1 freeze his bank accounts. To which, they should not have any lawful access. After an investigation of my commisary transactions history it was discovered that Sac county Jail officials are illegally, unlawfully, and fraudulently transfering money from my bank accounts to my commisary account then conducting a 3rd party release of the funds and stealing the money. All this is being done by them saying the money is for the paying of a fileing fee of #400 dollars

Page 10 of___

on U.S.D.C. case #2:21-cv-01826 to which this obligation cleary shows in my commisary transaction history that is has been paid more than twice the fee of 400 dollars. However they are clearly covering up the amount they are really taking by showing a lower amount on the transaction history. My personal financial bank accounts should not be connected to my personal commisary account. You can confirm this by review of my commisary account of transactions. This proves the intent and plot of Sacramento county, and law enforcement officials of me being a political prisoner of this California Government "GANG STALKING." Also I have a Golden 1 credit union account that they unlawfully closed. however it still exist with billions of dollars of assets that Golden 1 has unlawfully stolen and went around the world and collected, my bank statement confirms this saying that they acted as a federal Government auditing agency illegally commiting this fraudulent crime. So I called Golden 1 Credit union on 3 way call with life-lock to which Life Lock payments were forwarded to Life Lock out of this account, the day I did that in the month of april 2026, was the last day I had access to my Golden 1 account due to the reporting of this fraud.

Page 11 of ___

All of my bank accounts are connected so you can confirm the illegal, fraudulent, and unlawful date of these transactions of my commissary account, by refering to my bank account transaction history on both ends. I have lost 40 billion dollars to law enforcement through unlawful theft and fraudulent transactions over these past few years. On 11/27/2025, Thanksgiving day while returning to my cell coming from a scheduled appointment I was attacked and assaulted by Sac sherrif deputy BANAR who works the day shift inside Sac county Jail. This was unprovocked" and this attack was for no reason other than retaliation for fighting for my civil and constitutional rights in regards to my Father's legacy and in the making of my legacy as our bloodline is royalty. Listed with the United States military, federal Government. The incident happened on the 3rd floor at approximately 1.00 p.m. I was hand-cuffed and escorted to my cell by 4 officers. Once inside my cell 3 East 100 pod, cell 5, I was thrown on the floor still handcuffed where deputy BANAR began slamming my head multiple times on the hard concrete ground. This immediately busted my eye over the right side causing blood to flow and major swelling, and migraine headaches.

This can be proven on the 3rd floor camera footage. as well as officer worn body cameras. Other officers involved is femaly deputy VECKPOMOVA. She participated in this assault by trying to bend and break every toe on both feet. Deputy BANAR has barely been working here as a Sac sherrif deputy for 2 years. Where he has had multiple inmate assaults. And he was removed from working the 3rd floor. He was taken to the 2nd floor medical department where pictures were taken for my injuries. I was denied any pain medication, I filed a county jail grievance appeal form and it was fowarded to the excessive force board. Based the above aforementioned fact finding evidence in this case I am hereby suing the sherrifs department and deputy BANAR for theft of personal property, fraud, forgery, pain and suffering, punitive damages and emotional distress, illegally and unlawfully targeting me as a political prisoner in this California Government "GANG STALKING" case. I'm moving for a motion to vocate this sentence based on the preponderance of extreme evidence in this case and to have all charges dismissed also to be payed for everyday I spent in jail unlawfully according to the guidelines that is payed per California law. After the investigated court proceedure. I want the amount of 30 billion dollars returned to me, to have my Golden 1

Page 13 of

Credit Union account # changed to which the last 4 of the account # ends in 9674. Futher for my account to be reopened and for me to have full access because it still exist and is connected to all of my other accounts listed in attachment 1-A. Also to include to have the online banking feature removed on all accounts. And for no-one but myself to have access to my accounts / remove all law enforcement and public access to all accounts listed in 1-A and other listed accounts, investment accounts, brokerage, annuities, 401K standard and gold I.R.A. accounts life insurance accounts as well too. I want a list of bank statements on all accounts. The assault by deputy BANAR I want 50,000 dollars plus whatever California pays or punitive damages, pain & suffering, emotional distress I want a order from the higher court for the lower probate court to administer my Father's estate by following the rules of Superior court by reading and acknowledging the revockable trust details of listed estate assets and to acknowledge the filed disabusion of seperation, divorce decree on all future probate appearances and to make sure my case is still active and conducted under A.D.R. alternative dispute resolution and certification via court arbitration and utilizing the private mediation process, no public access or squaters attending future hearings. Also to include Sac

Page 14 of __

sherrifs in connection with Sac county parole officer Lee of the Folsom Blvd field office illegally, fraudulently, stole money from me in 2024 while in custudy on false fabricated charges. They served me a EJ-130 writ of execution for money judgement or personal property. This can be confirmed with GORDON D. SCHABER courthouse. No law enforcement official should have their name on any of my financial documents. Parole agent Lee's name is on the bottom of the form. I want the EJ-130 reversed and the money returned to me. I am asking the court to place all of my properties that have been unlawfully stolen and auctioned off by Sacramento county parks and recreation at 6000 Stocton Blvd placed in my name and properly filed with Sac county clerk recorders office and for all of my businesses located in the City of Sacramento and surrounding areas to be lawfully registered in my name. Please note everytime that I attempted to register my businesses and properly transfer my homes in my name or requesting property deed and parcel # details I was unlawfully denied to do this. and upon review of county records there was major fraud in the clerk recorders system of records. Listing multiple fraudulent deeds that should not have been permitted to be filed. I am requesting a jury trial and I'm

Page 15 of ___

willing to testify to any of the above aforementioned details of this case. Thank you for your time and have a blessed day.

Sincerely,

Jonlynn Montgomery

7/2/2026

I, Jonlynn Montgomery declare under penalty of perjury, under the laws of the state of california, that the foregoing is true and correct. Executed on 6/25/2026 at Sacramento county jail.

Page 16 of ___

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I would like the higher court issue an order for the probate court to produce the will, trust, divorce decree, confirm they never have acknowledged this info on any cart hearing. Please elease me, as a political prisoner. Place all property, businesses, land, money, in my name with full access to my accounts. To be payed for all my pain & sufering. Also order Probate to use a court Arbitrator, and private mediation. To have my name, credit restored in cty. agency records. And with exsperion, Also to have full access to my bank accounts, and remove online banking feature,       J. Also Golden 1 account reopen with full access. Also have a nice home, readily available, upon release, Further to have my probate ase reopened and to be able to administer it, using private mediation, and (A.D.R.) Process with Arbitrator.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-25-2026___
                    DATE

_____
SIGNATURE OF PLAINTIFF

"Pro SE Litigant"
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6